IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

GREGORY EARL SIMONDS JR.
_____/

**SUPERSEDING INDICTMENT**
Case No. 3:25cr150/MCR

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 15, 2025, in the Northern District of Florida, the defendant,

**GREGORY EARL SIMONDS JR.**,

did maliciously damage and destroy, and attempt to damage and destroy, by means of an explosive, a building and other real and personal property located at 792 Beal Parkway, Fort Walton Beach, Florida, which was then being used in interstate commerce and in an activity affecting interstate commerce, resulting in personal injury to Victim 1.

In violation of Title 18, United States Code, Section 844(i).

Returned in open court pursuant to Rule 6(f)

Date: 10/21/2025

United States Magistrate Judge

FILED USDC FLND PN
OCT 21 '25 PM 4:35

## COUNT TWO

On or about February 15, 2025, in the Northern District of Florida, the defendant,

**GREGORY EARL SIMONDS JR.,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845, to wit, a S.W.D. Inc. 9x19 millimeter pistol modified to fire as a machinegun, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## CRIMINAL FORFEITURE

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

**GREGORY EARL SIMONDS JR.,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count Two of this Indictment, perpetrated in whole or in part by the use of a firearm, did knowingly possess the firearm described above, any and all interest that this defendant has in the firearm involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to

Title 18, United States Code, Section 3665, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

                        A TRUE BILL:

                        ▬▬▬▬▬▬▬▬▬▬▬▬▬
                        FOREPERSON

                        10/21/25
                        DATE          2:25 pm

_____
JOHN P. HEEKIN
United States Attorney


_____
ALICIA H. FORBES
Assistant United States Attorney