IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

vs.                            Case No. 3:25cr150/MCR

**GREGORY EARL SIMONDS, JR.,**

      **Defendant.**
_____/

### DEFENDANT'S MOTION TO CONTINUE
### JURY TRIAL (UNCONTESTED)

The Defendant, GREGORY EARL SIMONDS, JR., through counsel, moves to continue his jury trial date as follows:

1. On August 19, 2025, Mr. Simonds was charged by indictment with damaging real property with an explosive in violation of 18 U.S.C. § 844(i). [Docket No. 1].

2. On August 28, 2025, Mr. Simonds had a first appearance before U.S. Magistrate Judge Hope Cannon; he was appointed counsel, pled not guilty to the indictment, waived his detention hearing and was assigned an October 6, 2025 jury trial date. [Docket Nos. 9-13, 15].

3. On September 24, 2025, the Court granted counsel's motion to continue the October 6, 2025 jury trial date to allow more time to review the

discovery with Mr. Simonds and the jury trial was reset to November 3, 2025. [Docket Nos. 17-19].

    4.    On October 21, 2025, the government obtained a superseding indictment charging Mr. Simonds with the single additional count of possession of a machinegun (count 2) under 26 U.S.C. §§ 5861(d) and 5871.

    5.    Counsel files the instant Motion to meet with Mr. Simonds to discuss this additional count (count 2), and to complete his investigation and due diligence regarding the government's proofs as to the original count (count 1).

    6.    Mr. Simonds will raise no claims regarding the Speedy Trial Act.

WHEREFORE, GREGORY EARL SIMONDS, JR., moves to continue his November 3, 2025 jury trial date thirty (30) days to a date and time that is convenient for this Court.

## LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with Assistant U.S. Attorney Alicia Forbes and she does not oppose this Motion.

RESPECTFULLY SUBMITTED this 29th day of October 2025.

>*/s/ Randall S. Lockhart*
>RANDALL S. LOCKHART
>Michigan Bar No. P58597
>Attorney for Defendant
>3 W. Garden Street, Suite 200
>Pensacola, Florida 32502
>Randall_Lockhart@fd.org
>(850) 432-1418