**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**                                 **Case No. 3:25cr150/MCR**

**GREGORY EARL SIMONDS, JR.,**

       **Defendant.**

_____/

## DEFENDANT'S MOTION TO CONTINUE JURY TRIAL (UNCONTESTED)

The Defendant, GREGORY EARL SIMONDS, JR., through counsel, moves to continue his jury trial date as follows:

1.      On August 19, 2025, Mr. Simonds was charged by indictment with damaging real property with an explosive in violation of 18 U.S.C. § 844(i). [Docket No. 1].

2.      On August 28, 2025, Mr. Simonds had a first appearance before U.S. Magistrate Judge Hope Cannon at which time he was appointed counsel, pled not guilty to the indictment, waived his detention hearing and is currently housed in the Santa Rosa County Jail. [Docket Nos. 9-13].

3.      On October 21, 2025, the government obtained a superseding

indictment charging Mr. Simonds with the additional count of possession of a machinegun (count 2) under 26 U.S.C. §§ 5861(d) and 5871. [Docket Nos. 20-22].

4.      His jury trial is set for February 2, 2026. [Docket No. 34].

5.      The Government has provided supplemental discovery (re Mr. Simonds' phone and the alleged explosive device) and the defense is reviewing that discovery; counsel has retained a firearm expert who has been provided with the relevant discovery materials regarding the alleged explosive device and machinegun. Both the Government's and counsel's experts, respectively, are outside Pensacola and the Government has advised that any in-person inspection of the alleged machinegun would be in Pensacola.   Counsel is awaiting word from his expert whether an in-person inspection of the machinegun will be needed.

6.      As such, counsel files the instant Motion to request sixty (60) additional days to complete review of the government's supplemental discovery and to complete his investigation to include a defense-expert review and inspection of the alleged machinegun (superseded count two).

6.      By filing this Motion, Mr. Simonds will raise no claims regarding the Speedy Trial Act.

WHEREFORE, GREGORY EARL SIMONDS, JR., moves to continue his February 2, 2026 jury trial date thirty (30) days to a date and time that is convenient for this Court.

## **LOCAL RULE 7.1(B) CERTIFICATE**

I HEREBY CERTIFY that I have conferred with Assistant U.S. Attorney Alicia Forbes and she does not oppose this Motion.

RESPECTFULLY SUBMITTED this 26th day of January 2026.

*/s/ Randall S. Lockhart*
RANDALL S. LOCKHART
Michigan Bar No. P58597
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, Florida 32502
Randall_Lockhart@fd.org
(850) 432-1418